# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0523
L.T. Case Nos. 2023-CF-000123-A
2023-CF-001638-A
2023-CF-001704-A

_____

EDWARD HORN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Marion County.
Timothy McCourt, Judge.

Matthew J. Metz, Public Defender, and Victoria Rose Cordero, Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Kaylee Danielle Tatman, Assistant Attorney General, Daytona Beach, for Appellee.

November 25, 2025

PER CURIAM.

    AFFIRMED.

WALLIS, EDWARDS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____